UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| REDHAWK MEDICAL PRODUCTS & SERVICES L L C | CASE NO. 6:24-CV-00543 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CLYDE L PATRONI ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Dolphin Medical LLC's Motion to Dismiss Pursuant to Rule 12(B)(6) and Alternatively, for a Change of Venue (Rec. Doc. 10) is GRANTED in part and that this matter is transferred to the Northern District of Florida.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Dolphin's motion is DENIED AS MOOT to the extent it seeks dismissal under Rule 12(b)(6).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Clyde J. Patroni, Sr. and William Darian Chandler's Motion to Dismiss Complaint Pursuant to Rule 12(B)(2) (Rec. Doc. 9) is DENIED AS MOOT, consistent with the report and recommendation.

THUS DONE in Chambers on this 10th day of March, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE